**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric Jermaine SPIVEY, Chenequa Austin, Defendants–Appellants.**

**No. 15-15023**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 09/13/2017

John C. Shipley, Assistant U.S. Attorney, Wifredo A. Ferrer, Jonathan E. Kobrinski, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Andrew L. Adler, Timothy Day, Federal Public Defender's Office, Fort Lauderdale, FL, Michael Caruso, Federal Public Defender, Miami, FL, for Defendant–Appellant Chenequa Austin.

Michael G. Smith, The Law Offices of Michael G. Smith, Fort Lauderdale, FL, for Defendant–Appellant Eric Jermaine Spivey.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, JILL PRYOR, and NEWSOM, Circuit Judges.

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted against granting a rehearing en banc, it is ORDERED that this case will not be reheard en banc.